UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL JACKSON | CIVIL ACTION |
| VERSUS | 17-329-SDD-EWD |
| ALVIN ROCHE, JR., ET AL. | |

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated January 23, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendants' *Motion to Dismiss* is hereby DENIED and this matter is REFERRED to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on February 20, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 12.