UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIONEL JACKSON

VERSUS

ALVIN ROCHE, JR., ET AL.

CIVIL ACTION

17-329-SDD-EWD

## RULING

The Court has carefully considered the *Motion*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 29, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss for Failure to State a Claim*[4] is hereby GRANTED, and this matter is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Baton Rouge, Louisiana the 16 day of September, 2019.

*Shelly D. Dick*
**SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 23.
[3] Rec. Doc. 24.
[4] Rec. Doc. 14.